**91–1795.** State v. Thrower. *Summit County,* No. 14967. Reported at 68 Ohio St.3d 1426, 624 N.E.2d 1064. On motion for rehearing. Rehearing denied.

**93–295.** Ford v. Talley Mach. Corp. *Cuyahoga County,* No. 60415. Reported at 68 Ohio St.3d 473, 628 N.E.2d 1351. On motion for rehearing. Rehearing denied.
MOYER, C.J., and WRIGHT, J., dissent.

**93–2329.** State v. Kohler. *Fairfield County,* No. 35–CA–93. Reported at 69 Ohio St.3d 1402, 629 N.E.2d 1365. On motion for rehearing. Rehearing denied.

**93–2401.** Oda v. Davis. *Montgomery County,* No. CA13713. Reported at 69 Ohio St.3d 1402, 629 N.E.2d 1365. On motion for rehearing. Rehearing denied.

**94–171.** State v. Simpson. *Stark County,* No. CA–9504. Reported at 69 Ohio St.3d 1404, 629 N.E.2d 1367. On motion for rehearing. Rehearing denied.